**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 343 MAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum and** |
| v. | : | **Order** of the Superior Court at No. 1364 |
| | : | MDA 2014 entered on October 20, |
| | : | 2015, **vacating and remanding** the |
| CALEB DANIEL FOX, | : | Judgment of Sentence of the Luzerne |
| | : | County Court of Common Pleas at No. |
| Petitioner | : | CP-40-CR-0002759-2013 entered on |
| | : | July 1, 2014 |

## ORDER

**PER CURIAM**                                    **DECIDED:  October 20, 2016**

**AND NOW**, this 20th day of October, 2016, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the matter is **REMANDED** for proceedings consistent with *Commonwealth v. Lutz-Morrison*, 143 A.3d 891 (Pa. 2016).

Justice Wecht did not participate in the consideration or decision of this matter.